**Electronically Filed
Supreme Court
SCWC-12-0000675
06-FEB-2014
10:45 AM**

SCWC-12-0000675

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TEVITA LEʻOKAVA AHOLELEI, Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000675; CR. NO. 11-1-1881)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Crandall, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Tevita Leʻokava Aholelei's

Application for Writ of Certiorari, filed on December 27, 2013, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 6, 2014.

Thomas R. Waters                /s/ Mark E. Recktenwald
for petitioner
                                /s/ Paula A. Nakayama
Stephen K. Tsushima
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Virginia L. Crandall

